# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**DANNY MARSHALL WILLIAMS,**

    **Plaintiff,**

v.                                                          No. 14-cv-0010 KG/SMV

**OTERO CNTY. PRISON FACILITY, et al.,**

    **Defendants.**

## ORDER TO CURE DEFICIENCY

Plaintiff submitted a civil rights complaint. The Court determines that Plaintiff's filing is deficient as described in this order. Plaintiff is directed to cure the following if he wishes to pursue his claims:

**I. Filing Fee:**
    X    filing fee has not been received ($400 civil/administrative)

**II. Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)    X    is not filed
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's inmate account statement for the 6- month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    ___    is not on proper form (must use current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    other: _____

**III. Complaint, Petition or Application:**
(1)    ___    is missing
(2)    ___    is not on proper form (must use our form Rev. 5/96)
(3)    ___    is missing an original signature by the prisoner
(4)    ___    is missing page nos. ___
(5)    ___    other: _____

Papers filed in response to this order must include the civil action number (14-cv-0010 KG/SMV) of this case. Failure to cure the designated deficiencies within thirty (30) days from the date of this order may result in dismissal of this action without further notice.

**IT IS THEREFORE ORDERED** that Plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order;

**IT IS FURTHER ORDERED** that the Clerk is directed to mail to Plaintiff, together with a copy of this order, the following forms: 2 copies each of an Application to Proceed in District Court Without Prepaying Fees or Costs and Financial Certificate.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**