IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY MARSHALL WILLIAMS,

    Plaintiff,

v.                                                          No. CV 14-0010 KG/SMV

OTERO COUNTY PRISON FACILITY, et al.,

    Defendants.

## ORDER OF DISMISSAL

    This matter is before the Court *sua sponte*. Plaintiff has failed to respond to the Court's order to show cause entered on March 25, 2014, which required Plaintiff to make an initial partial filing fee payment. Because Plaintiff has failed to comply with statutory filing requirements and the Court's orders, or to show cause for excusing the failure, *Baker v. Suthers*, 9 F. App'x 947, 950 (10th Cir. 2001), the Court will dismiss the complaint without prejudice.

    IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED without prejudice, and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE